October 31, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

ELIZABETH OKORAFOR, Appellant

NO. 14-12-01075-CV                          V.

UNCLE SAM & ASSOCIATES, INC., Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on October 17, 2012 because the parties have settled the case. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Elizabeth Okorafor.

We order that both parties to pay their own cost incurred on appeal.

We order that mandate be issued immediately.

We further order this decision certified below for observance.